DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JEFFUS

No. 18 PC.

Case below: 39 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1979.

STATE v. LEFFINGWELL

No. 80 PC.

Case below: 39 N.C. App. 736.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 March 1979. Appeal dismissed 29 March 1979.

STATE v. LIDDELL

No. 26 PC.

Case below: 39 N.C. App. 373.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 April 1979.

STATE v. MOORE

No. 104.

Case below: 39 N.C. App. 643.

Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 4 April 1979.

STATE v. MORROW

No. 53 PC.

Case below: 31 N.C. App. 654.

Application by defendant for further review denied 4 April 1979.